# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**DOUGLAS LONGHINI,**

    **Plaintiff,**

**v.**                                           **Case No: 6:17-cv-1020-Orl-31DCI**

**OGS PROPERTY HOLDINGS, LLC.,**

    **Defendant.**

## ORDER

This matter is before the Court on Plaintiff's Response (Doc. 15) to the Court's Order to Show Cause (Doc. 13).

The Complaint in this case was filed on June 6, 2017 (Doc. 1) and a summons was issued the <u>next</u> day (Doc. 2). Pursuant to Federal Rule of Civil Procedure 4(m), Plaintiff was required to serve the Defendant by September 5, 2017. Failure to meet this requirement requires the Court to dismiss the action or order that service be made within a specified time if Plaintiff shows good cause for the failure.

As grounds for his showing of good cause, Plaintiff cites staffing issues at Plaintiff's law firm and the effects of Hurricane Irma. However, the interruption caused by Hurricane Irma began on September 7, 2017, after the deadline had already expired (Doc. 15, ¶ 6). And, the staffing problems do not constitute good cause. Indeed, in the past nine months of this calendar year, Mr. Longhini and his counsel have been the subject of 17 orders to show cause or orders directing compliance issued by judges in the Orlando Division of this Court. Accordingly, it is

**ORDERED** that this case is hereby DISMISSED without prejudice. The Clerk is directed to close the case.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on October 17, 2017.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party